IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE GRIFFIN, Inmate #N-03392, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-465-JPG |
| ) | |
| ROD R. BLAGOJEVICH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment has been received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice for failure to pay the filing fee, and for failure to comply with an order of this Court. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

September 17, 2007                By:    **s/ J. Phil Gilbert**
*Date*                                          *District Judge*